# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VARIOUS FIREARMS,<br><br>    Defendant. | Case No. 5:19-cv-05199 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:19-cr-00187 EJD, *United States of America v. Ray Ramos, Jr.*

IT IS SO ORDERED.

Date: August 23, 2019

                                                  /s/ Nathanael M. Cousins
                                                Nathanael M. Cousins
                                                United States Magistrate Judge